# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
September 27, 2019

Lyle W. Cayce
Clerk

No. 19-40030
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MARCUS RASHAWN WILLIAMS, also known as Nuk, also known as Sealed1, also known as Nook,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:12-CR-31-1

Before CLEMENT, ELROD, and OLDHAM, Circuit Judges.

PER CURIAM:[*]

Nearly six years after the entry of judgment on his convictions for conspiracy to distribute and possess with intent to distribute cocaine and conspiracy to launder monetary instruments, Marcus Rashawn Williams filed a pro se notice of appeal seeking direct review of his sentence under 18 U.S.C. § 3742(a)(1). He previously appealed the same convictions.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40030

The Government's motion for summary dismissal of the appeal as untimely is GRANTED. *See United States v. Hernandez-Gomez*, 795 F.3d 510, 511 (5th Cir. 2015). The alternative motion for an extension of time to file the appellee's brief is DENIED as unnecessary. The appeal is DISMISSED.